■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LEWIS POWELL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS RODRIGUEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RAPHAEL DIAZ. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO ROSA. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. LE ROY WILSON. (F) THE PEOPLE OF THE STATE OF NEW YORK v. PETER CORSO. (G) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY BEENE. (H) THE PEOPLE OF THE STATE OF NEW YORK v. RANDY ROBERTSON. (I) THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN X. SOSTRE. (J) THE PEOPLE OF THE STATE OF NEW YORK v. SOLOMON VANN, JR. (K) THE PEOPLE OF THE STATE OF NEW YORK v. WELLINGTON LOGAN. (L) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. ROBINSON. (M) THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS L. BROWN. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. (N) THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN BERMAN. (O) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MOORE. (P) THE PEOPLE OF THE STATE OF NEW YORK v. VICTOR CAMPBELL. (Q) THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO. (R) THE PEOPLE OF THE STATE OF

NEW YORK v. GEORGE BIRCH. Concur—Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (S) THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN PORTNER. (T) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT STOKES. (U) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK D. JONES. (V) THE PEOPLE OF THE STATE OF NEW YORK v. ROGER MCINERNEY. (W) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WILLIAMS. (X) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD MARINO. Concur—Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (Y) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK MILLER. Concur—Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (Z) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH. Concur—Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. (AA) THE PEOPLE OF THE STATE OF NEW YORK v. HURLEY HUNTER. (BB) THE PEOPLE OF THE STATE OF NEW YORK v. ELLIS SYDNOR. (CC) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT ANDREWS. (DD) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL KELLY. (EE) THE PEOPLE OF THE STATE OF NEW YORK v. VITO RIZZI. Concur —Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.—[In each action] Motion to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein.